**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski,** State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX 441-1533**

**Attorneys for Plaintiff, JEFF HOHLBEIN**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HOHLBEIN,<br><br>     Plaintiff,<br>v.<br><br>EMMA P. AMMIRATI and EUGENE R. AMMIRATI, Co-Trustees of THE EMMA P. AMMIRATI 2007 TRUST, dba AMMIRATI'S MARKET & CHEVRON STATION,<br><br>     Defendants. | Case No. 2:08-CV-1693 MCE GGH<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE and (PROPOSED) ORDER |

1.  The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

2.  Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated:   January 12, 2009     /s/ Jason K. Singleton
                              Jason K. Singleton, Attorney for
                              Plaintiff, JEFF HOHLBEIN

VAUGHAN & ASSOCIATES LAW OFFICE

Dated:   December 30, 2008    /s/ Cris C. Vaughan
                              Cris C. Vaughan, Attorney for Defendants
                              EMMA P. AMMIRATI and EUGENE R. AMMIRATI

STIPULATION OF DISMISS & ORDER                1                              2:08-1693 MCE GGGH

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>HOHLBEIN v AMMIRATI, et al.</u>, Case Number 2:08-cv-1693 MCE GGH, is dismissed with prejudice with each party to bear their own attorneys fees and costs.

Dated: January 27, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com